THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROPES COURSES, INC., a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WHITEWATER WEST INDUSTRIES, LTD., d/b/a PRIME PLAY, a Canadian corporation,<br>Defendant. | Civil Action No.: 2:09-cv-2214 JCM-PAL |

## **ORDER**

**IT IS HEREBY ORDERED THAT:**

under F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this case is dismissed without prejudice.

Date:_____                               _____
                                                                          Hon: James C. Mahan
                                                                          District Court Judge